# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Supervised Release) |
| v. | |
| | Case Number: 8:07-cr-420-T-23MAP |
| DAVID ALEXANDER SHORIN | USM Number: 20302-074 |
| | Defendant's Attorney: Lori D. Palmieri |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through six of the March 19, 2010, petition (Doc. 17).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Admission of illegal drug use, cocaine | 11/06/09 |
| Two | Positive urinalysis, marijuana | 02/03/10 |
| Three | Positive urinalysis, cocaine | 02/12/10 |
| Four | Positive urinalysis, marijuana | 02/12/10 |
| Five | Failure to participate in drug aftercare treatment | 02/26/10 |
| Six | New criminal conduct, possession of marijuana | 03/05/10 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in page two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 23, 2010
_____
Date of Imposition of Sentence

_____
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

March 23rd, 2010
_____
Date

DEFENDANT:       DAVID ALEXANDER SHORIN                    Judgment - Page  2  of  3
CASE NUMBER:    8:07-cr-420-T-23MAP

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:  **TIME SERVED.**

    __      The court recommends to the Bureau of Prisons:

    __      The defendant is remanded to the custody of the United States Marshal.

    __      The defendant shall surrender to the United States Marshal for this district:

            ____    at _____ a.m.     p.m.   on _____.

            ____    as notified by the United States Marshal.

    __      The defendant shall surrender for service of sentence at the institution designated by the
            Bureau of Prisons:

            ____    before 2 p.m. on _____.

            ____    as notified by the United States Marshal.

            ____    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
                           UNITED STATES MARSHAL

By _____
                         DEPUTY UNITED STATES MARSHAL

DEFENDANT:     DAVID ALEXANDER SHORIN          Judgment - Page  3  of  3
CASE NUMBER:   8:07-cr-420-T-23MAP

## SUPERVISED RELEASE

No term of supervision is imposed.